UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOEBE LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOES # 1-3,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-02008<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Leave to Issue Additional Discovery and for an Extension of Time to Serve Defendants. Dkt. # 7. In multiple respects, the motion fails to comply with Local Civil Rule 7. Accordingly, the Court STRIKES the motion.

Dated this 20th day of May, 2024.

　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1