IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| Phoebe Lee, | |
|---|---|
| Plaintiff, | Case No.: 2:23-cv-02008 |
| v. | **ORDER ON PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS** |
| John Does #1-3, | |
| Defendants, | |

Before the Court is Plaintiff's Motion for an Extension of Time to Serve Defendants. Dkt. # 9. The motion is noted for June 5, 2024, but the Court does not see a reason to wait until then to rule on it. The Court GRANTS the motion. Plaintiff shall have an extension of time of four months, up to and including September 22, 2024, to serve Defendants pursuant to Federal Rule of Civil Procedure 4(m).

DATED this 23rd day of May, 2024.

_____
John H. Chun
United States District Judge