# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| Phoebe Lee,<br><br>                                    Plaintiff,<br><br>          v.<br><br>John Does #1-3,<br><br>                                    Defendants, | Case No.: 2:23-cv-02008<br><br>ORDER |

Before the Court is Plaintiff's Motion for an Extension of Time to Serve Defendants.

Dkt. # 12.  The Court GRANTS the motion.  Plaintiff is given an extension of time to serve

Defendants for four months, up to and including January 22, 2025, pursuant to Federal Rule of

Civil Procedure 4(m).

Also, before the Court is a stipulated motion for a protective order.  Dkt. # 11.  Local

Civil Rule 26(c)(2) provides that "parties that wish to depart from [this district's] model

[protective] order must provide the court with a redlined version identifying departures from the

model."  Local Rules W.D. Wash. LCR 26(c)(2).  Here, Plaintiff has neither provided a redlined

version of this district's model protective order nor stated that their proposed stipulated

protective order does not depart from the district's model order.  Accordingly, the Court

ORDERS Plaintiff to file a redlined version of their stipulated protective order that identifies any

departures from the district's model protective order.  The redlined version of the stipulated

protective order must be filed by no later than Monday, September 23, 2024.  The Clerk is

DIRECTED to note the parties' stipulated motion for protective order (Dkt. # 11) for September

23, 2024.

DATED this 19th day of September, 2024.

John H. Chun
United States District Judge