1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PHOEBE LEE, | CASE NO. 2:23-cv-02008 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOHN DOES # 1-3, | |
| Defendants. | |

Before the Court is "Discovery Matter Proposed Stipulated Protective Order" submitted by Plaintiff. Dkt. # 11. Regarding what information is to be deemed "confidential," the proposed order merely says, "information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). This is overly broad. The Court's model order provides, "The parties must include *a list of specific documents* such as 'company's customer list' or 'plaintiff's medical records;' *do not list broad categories of documents such as 'sensitive business material.'*" Model Stipulated Protective Order, ¶ 2 (emphasis added). The Court DENIES the motion without prejudice.

/

/

ORDER - 1

1 | Dated this 3rd day of October, 2024.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER - 2