IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| Phoebe Lee,<br><br>                    Plaintiff,<br><br>  v.<br><br>John Does #1-3,<br><br>                    Defendants, | Case No.: 2:23-cv-02008<br><br>ORDER |

Before the Court is Plaintiff's Motion for an Extension of Time to Serve Defendants. Dkt. # 18. The Court GRANTS the motion. Plaintiff is given an extension of time to serve Defendants for three months, up to and including April 22, 2025, pursuant to Federal Rule of Civil Procedure 4(m).

This case has been pending for over a year. **The Court is not inclined to grant any further extensions to serve Defendants**.

DATED this 22nd day of January, 2025.

John H. Chun
United States District Judge