UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOEBE LEE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES # 1-3,<br>　　　　　Defendant. | CASE NO. 2:23-cv-02008<br><br>ORDER |

　　　　This matter comes before the Court sua sponte.  On May 22, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed.  Dkt. # 20.  Plaintiff did not respond by the deadline.  Accordingly, the Court DISMISSES this matter without prejudice for failure to comply with Rule 4(m).

　　　　Dated this 3rd day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1